IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE C., o/b/o John C, deceased,**[1] | : | Civil No.  4:23-CV-2062 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **FRANK BISIGNANO,**[2] **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 23d day of May 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] The record reveals that the initial named plaintiff, John Chalfant, passed away in May of 2024. (Doc. 12). Therefore, pursuant to Rule 25 of the Federal Rules of Civil Procedure his sister, Denise Chalfant, has been substituted as the plaintiff in this case. (Doc. 13).

[2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).